**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone:  858-251-7424 Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

Scott Summy *(Pro Hac Vice)*
(Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
Brett D. Land (*Pro Hac Vice*)
(Texas Bar No. 24092664)
Zachary Sandman (*Pro Hac Vice*)
(New York Bar No. 5418926)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone:  214- 521-3605 Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com
Email: bland@baronbudd.com
Email: zsandman@baronbudd.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD COX, individually; VICTOR COX, individually; and ADAM COX, individually, by and through his durable power of attorney, VICTOR COX,<br><br>Plaintiffs,<br><br>v.<br><br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; and DOES 1 through 100, inclusive,<br><br>Defendants, | Case No.:  3:17-cv-01211-GPC-AGS<br><br>**JOINT MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Court:  Courtroom 2D (2nd Floor Schwartz)<br>Magistrate: Hon. Andrew G. Schopler<br>Court: 5C (5th Floor - Schwartz)<br>File Date:  June 14, 2017 |

v.

MELODY ANNE COLE, individually;
STEPHANIE MARIE WILSON,
individually,

Nominal Defendants.

     The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  April 27, 2021          Respectfully submitted,

By: s/ Jason Julius
**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone:  858-251-7424 Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

Scott Summy *(Pro Hac Vice)*
(Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
Brett D. Land (*Pro Hac Vice*)
(Texas Bar No. 24092664)
Zachary Sandman (*Pro Hac Vice)*
(New York Bar No. 5418926)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone:  214- 521-3605 Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com
Email: bland@baronbudd.com
Email: zsandman@baronbudd.com

*Attorneys for the Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED:  April 27, 2021 | s/ Sean Sullivan |
| 2 | | Edward C. Walton (Bar No. 78490) |
| | | E-mail: ed.walton@procopio.com |
| 3 | | Sean M. Sullivan (Bar No. 254372) |
| 4 | | E-mail: sean.sullivan@procopio.com |
| | | Kristen L. Price (Bar No. 299698) |
| 5 | | E-mail: kristen.price@procopio.com |
| 6 | | **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP** |
| 7 | | 525 B Street, Suite 2200 |
| 8 | | San Diego, CA 92101 |
| | | Telephone: 619.238.1900 |
| 9 | | Facsimile: 619.235.0398 |
| 10 | | *Attorneys for AMETEK, Inc. and Thomas Deeney* |
| 11 | | |
| 12 | DATED:  April 27, 2021 | s/ Kimberly Arouh |
| | | Kimberly Arouh (Cal. Bar No. 163285) |
| 13 | | kimberly.arouh@bipc.com |
| 14 | | **BUCHANAN INGERSOLL & ROONEY LLP** |
| 15 | | 600 West Broadway, Suite 1100 |
| | | San Diego, CA 92101-3387 |
| 16 | | Telephone: 619 685-1961 |
| 17 | | Fax: 619 702-3898 |
| 18 | | *Attorneys for Defendant Senior Operations LLC* |

4

## SIGNATURE CERTIFICATION

I, Jason Julius, am the filer of the foregoing Request for Dismissal, and hereby certify that, pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document are acceptable to all persons required to sign the document, and I have authorization to file this document with all "s/" electronic signatures appearing herein which are not my own.

DATED: April 27, 2021          By:  s/Jason Julius

                                            Jason Julius
                                            jjulius@baronbudd.com