UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD COX, individually; VICTOR COX, individually; and ADAM COX, individually, by and through his durable power of attorney, VICTOR COX,<br><br>        Plaintiff,<br><br>v.<br><br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; and DOES 1 through 100, inclusive,<br><br>        Defendants,<br><br>v.<br><br>MELODY ANNE COLE, individually; STEPHANIE MARIE WILSON, individually,<br><br>        Nominal Defendants. | Case No.: 3:17-cv-01211-GPC-AGS<br><br>**JUDGMENT AND ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>**[ECF No. 77]** |

The parties filed a Joint Motion for Dismissal with Prejudice ("Joint Motion"). ECF No. 77.  **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**.  The

///

case is **DISMISSED with prejudice**.

      **IT IS SO ORDERED.**

Dated:  April 28, 2021

Hon. Gonzalo P. Curiel
United States District Judge